AND TRUST COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JACOB A. JACOBS v. NATHAN E. NEWMAN.— Motion granted on condition that the appeal be argued or submitted on November 21, 1930. Present— Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

KING R. GRAHAM v. E. F. DREW & COMPANY, INC., and Another.— Motion granted on condition that the appeal be argued or submitted on November 21, 1930. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOHNSON & COMPANY, INC., v. GEORGE W. HEUER and Another.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

LOUIS M. KOMMEL and Another v. CANADIAN SAWDUST CO., LIMITED, a Foreign Corporation.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

UNITED STATES RADIATOR CORPORATION v. G. W. WATTERSON, INC., and Another.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MAX LACHMAN v. HYMAN GOLDBERG, Doing Business, etc.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application for an Order of Certiorari of EDWARD MANN and Others against WILLIAM E. WALSH and Others, and GOODLEN REALTY CO., INC.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOHN PADDEN.— Motion granted and appellant's time within which to file the record on appeal and appellant's points extended to and including November 28, 1930, with notice of argument for December 16, 1930. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. GEORGE NEWFIELD.— Motion granted and appellant's time within which to file the record on appeal and appellant's points extended to and including November 24, 1930, with notice of argument for December 10, 1930. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

STEPHEN G. EGAN v. BLANCHE DOROTHEA EGAN and HENRY VERSTRAELEN.— Motion granted. Settle order. on- notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THOMAS DWYER v. THE CITY OF NEW YORK.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

GINO G. STRANGE v. MAX HORN and Another.— Motion granted on condition that the appeal be argued or submitted on November 21, 1930. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LAURA E. MURNANE v. EDWARD J. MURNANE.— Motion granted upon condition that plaintiff file a written stipulation within five days from date hereof that, if the decision of the Court of Appeals upon the appeal to that court should be determined adversely to the plaintiff, she will immediately discontinue the action herein against the defendant. Settle order on notice containing question to be certified. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.